September 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DIALA HADDAD, Appellant

NO. 14-13-00242-CV                              V.

AL FLORES, JR., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Diala Haddad.

We further order this decision certified below for observance.